_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
August 01, 2023

_____

Sallie B. Armstrong, Esq. (NSBN 1243)
McDonald Carano LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile:  (775) 788-2020
sarmstrong@mcdonaldcarano.com

*Attorneys for the Henriods*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re:<br><br>DEBRA YOUREN,<br><br>　　　　　Debtor. | Case No.: BK 22-50556-hlb<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY OF 11 U.S.C. § 362**<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

　　　　The Court having reviewed the *Stipulation for Relief from the Automatic Stay of 11 U.S.C. § 362* [ECF No. 38] ("Stipulation") entered into by and between Creditors CLARENCE LAVERE HENRIOD, as an individual and as Trustee of the WILLIAM JOEL HENRIOD and MERLE MAXINE HENRIOD FAMILY LIVING TRUST dated March 31, 2010; WAYNE LEE HENRIOD, as an individual and as Trustee of the WILLIAM JOEL HENRIOD and MERLE MAXINE HENRIOD FAMILY LIVING TRUST dated March 31, 2010; and DOUGLAS JOEL HENRIOD, as an individual and as Trustee of the WILLIAM JOEL HENRIOD and MERLE

MAXINE HENRIOD FAMILY LIVING TRUST dated March 31, 2010 (collectively the "Henriods"), by and through their attorney, Sallie B. Armstrong of McDonald Carano LLP, and Debtor DEBRA YOUREN ("Debtor"), by and through her counsel Debra Amens of Amens Law, Ltd., and good cause appearing for the approval of the Stipulation, the Court enters its Order as follows:

**IT IS ORDERED** that the Stipulation shall be and hereby is approved, and the automatic stay imposed by 11 U.S.C. § 362 is lifted to permit the Henriods to continue the Utah Civil Case[1] against the Debtor to final judgment.

**IT IS SO ORDERED.**

### # # #

Respectfully submitted by:

McDONALD CARANO LLP

By: /s/ Sallie B. Armstrong
Sallie B. Armstrong, Esq. (NSBN 1243)
sarmstrong@mcdonaldcarano.com

Approved by:

AMENS LAW LTD.

By: /s/ Debra M. Amens
Debra M. Amens, Esq. (NSBN 12681)

---

[1] The Utah Civil Case refers to *Henriod et al. v. Youren*, Case No. 170600017, currently pending in the Fourth Judicial District Court in and for Juab County, State of Utah.